IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CHARLES E. KELTON, III                                                                          PLAINTIFF

V.                                                                    CIVIL ACTION NO. 1:20-cv-213-NBB-RP

PRENTISS COUNTY, MISSISSIPPI                                                                    DEFENDANT

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The court has been informed by counsel that this case has been settled or is in the process of being settled. It is therefore not necessary that the case remain upon the active docket and calendar of the court.

**IT IS THEREFORE ORDERED** that the above styled and numbered cause is hereby **DISMISSED without prejudice**.

This 30th day of June, 2023.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE